JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

HOANG MINH LE, an individual

Plaintiff,

vs.

POTOMAC PLAZA, LLC, a limited liability company

Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.:  5:25-cv-02122-KK-PVC

**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

[Hon. Kenly Kiya Kato presiding]

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice.  Each party shall bear his or its own costs and attorney's fees.  This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated: July 1, 2026

_____
Judge, United States District Court,
Central District of California